443 A.2d 373

Commonwealth v. Oliver, Appellant.
Petition for Allowance of Appeal Denied May 13, 1982.

 Submitted January 20, 1981. Joseph Jude Oliver, appellant, in propria persona; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before HESTER, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.

POPOVICH, J., concurred in the result.